IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD LOUIS ALEXANDER,

    Appellant,

v.

PRIME ASSET FUND II,

    Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-311-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered affirming the order of the Bankruptcy Court denying Alexander's motion for reconsideration of the granting of Prime Asset Fund II's motion for relief from stay.

_Peter Oppeneer_, Clerk of Court     9/29/2010